UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Court File No. CV-03-6064 MJD/RLE

GREGORY LESSARD,

      Plaintiff,

  vs.

| | |
|---|---|
| WELLS FARGO FINANCIAL ACCEPTANCE; CSC CREDIT SERVICES, INC.; AND EQUIFAX d/b/a EQUIFAX CREDIT INFORMATION SERVICES, | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

      Defendants.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that plaintiff's Complaint in the above-entitled action may be dismissed with prejudice against the defendant Wells Fargo Financial Acceptance pursuant to Rule 41 of the Federal Rules of Civil Procedure and that the Court may enter and file the following Order.

                    LAPP, LIBRA, THOMSON, STOEBNER
                      & PUSCH, Chartered

Dated: September 2, 2004      By  s/ Richard T. Thomson
                                   Richard T. Thomson (#109538)
                           One Financial Plaza
                           Suite 2500
                           120 South Sixth Street
                           Minneapolis, MN  55402
                           612/ 338-5815

Page 2

GREGORY LESSARD
vs.
WELLS FARGO FINANCIAL ACCEPTANCE; CSC CREDIT SERVICES, INC.; AND EQUIFAX d/b/a EQUIFAX CREDIT INFORMATION SERVICES

Court File No. CV-03-6064 MJD/RLE

                                            CONSUMER JUSTICE CENTER, PA

Dated: August 30, 2004                    By  s/ Thomas J. Lyons, Jr.
                                                  Thomas J. Lyons, Jr. (#0249646)
                                           342 East County Road D
                                           Little Canada, MN 55117
                                           651/ 770-9707

## ORDER

     Based upon the stipulation of the parties and all the files, records and proceedings herein, it is hereby ordered that the above-captioned proceeding is dismissed with prejudice against defendant Wells Fargo Financial Acceptance without further costs, disbursements or attorneys' fees to any party.

     LET JUDGMENT BE ENTERED ACCORDINGLY.

                                                    BY THE COURT

Dated: September 10, 2004               s/ Michael J. Davis
                                                Honorable Michael J. Davis